AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jahmorie Ahmil Nance, | ) | Case No.   3:26-cr-40 |
| a/k/a Steve | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jahmorie Ahmil NANCE                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ❑ Complaint

❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Possession with Intent to Distribute a Controlled Substance
Aiding and Abetting

Date:    03/11/2026                              /s/ Bre Solberg Luedtke
                                                 _____
                                                 *Issuing officer's signature*

City and state:    Fargo, ND                     Bre Solberg Luedtke
                                                 _____
                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/11/2026   , and the person was arrested on *(date)*  3/18/2026 at *(city and state)*  Grand forks, ND  . |
| Date:  3/20/2026                          _____  *Arresting officer's signature*  DEA TFO David Todd  _____  *Printed name and title* |