AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Ramarr Ivan Sheppard | ) ) ) ) ) ) ) | Case No.   3:26-cr-40 |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ramarr Ivan SHEPPARD                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Possession with Intent to Distribute a Controlled Substance
Aiding and Abetting

Date:    03/11/2026

City and state:    Fargo, ND

/s/ Bre Solberg Luedtke

*Issuing officer's signature*

Bre Solberg Luedtke

*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*   3/11/2026   , and the person was arrested on *(date)*   3/18/2026
at *(city and state)*   Grand forks, ND   .

Date: 3/20/2026

*Arresting officer's signature*

DEA TFo David Todd

*Printed name and title*