AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Felix Antonio Rayford, | ) | Case No.   3:26-cr-40 |
| a/k/a Chief, a/k/a Boss | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_     Felix Antonio RAYFORD                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

Date:     03/11/2026                                            /s/ Bre Solberg Luedtke
                                                                              _Issuing officer's signature_

City and state:     Fargo, ND                                    Bre Solberg Luedtke
                                                                              _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ __3/31/2026__ , and the person was arrested on _(date)_ __4/15/2026__ at _(city and state)_ __Chicago, IL__ .

Date: __4/16/2026__

_____
_Arresting officer's signature_

TFO Brad Sigsworth
_Printed name and title_ |